UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>███████████████<br>(2)   FNU LNU, a/k/a Wilfredo Melendez,<br>(3)   JEMUEL ALVARADO-OFFARIL,<br>(4)   JUAN CARLOS ANDUJAR-DIAZ,<br>and<br>███████████████<br><br>Defendants. | Criminal No. 23cr10172<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances<br>(21 U.S.C. § 846)<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
Controlled Substances
(21 U.S.C. § 846)

The Grand Jury charges:

Beginning in or about February 2022 and continuing through on or about October 25, 2022, in the District of Massachusetts, and elsewhere, the defendants,

███████████████
(2)   FNU LNU, a/k/a Wilfredo Melendez,
(3)   JEMUEL ALVARADO-OFFARIL,
(4)   JUAN CARLOS ANDUJAR-DIAZ, and
███████████████

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

1

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to ▓▓▓ (2) FNU LNU, a/k/a "Wilfredo Melendez." Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendants ▓▓▓ (2) FNU LNU, a/k/a "Wilfredo Melendez."

All in violation of Title 21, United States Code, Section 846.

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1.   Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendants,

▮

(2)   FNU LNU a/k/a "Wilfredo Melendez,"
(3)   JEMUEL ALVARADO-OFFARIL,
(4)   JUAN CARLOS ANDUJAR-DIAZ, and

▮

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants-

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

*[signature: Michelle L Gorden]*
FOREPERSON

*[signature]*

EVAN D. PANICH
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June 28 2023
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK    at 2:01 PM